22 pages
FILED
CHARLOTTE, NC
DEC 0 9 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:25-cv-976-FDW

Evricka Haile

Plaintiff,

vs.

COMPLAINT

Walmart
No. Employees, Members: 501+ Employees
Phone 704-547-0525
7735 N Tryon
Charlotte, NC 28262  United States of America

Defendant(s).

---

### A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

B. PARTIES

1. Name of Plaintiff: Evricka Haile
   Address (mailing): 9805 Statesville Rd #6633
   Charlotte, NC 28269

2. Name of first Defendant: Walmart
   Address: 7735 N. Tyron
   Charlotte, NC 28262

3. Name of second Defendant: ___
   Address: ___

4. Name of third Defendant: ___
   Address: ___

(Use additional sheets if necessary.)

C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   Walmart
   7735 N Tyron
   Charlotte, NC 28262

2. The discriminatory acts occurred on or about: Feb/13/2025 - 3/6/2025 (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

_07-28-2025 / 8-8-25_ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

_09/11/2025_ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. ____ Failure to employ me.
   b. _X_ Failure to promote me.
   c. _X_ Termination of my employment.
   d. ____ Demotion.
   e. ____ Denied equal pay/work.
   f. ____ Sexual harassment.
   g. _X_ General harassment.
   h. _X_ Other acts (Be specific: Attach an additional sheet if necessary)

   _Denying my insurance claim with Sedgwick. My age_

6. Defendant's conduct is discriminatory with respect to:
   a. ____ my race
   b. ____ my color
   c. ____ my sex
   d. ____ my religion
   e. ____ my national origin
   f. _X_ my age

7. I believe that the defendant is still committing these acts against me.

   YES _X_        NO ____

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: I engaged in protected activity by reporting and objecting to the conduct of a younger manager in her 20s. Protected activity by requesting and taking approved medical leave. After 3 days returning to work I was fired.

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

I was fired on 3/6/2025
The attendance issues was false and used as pretext
I won my unemployment case.

Count 2: I had a perceived disability due to taking a medical leave from 2-13-2025 to 3/1/2025

Supporting Facts:
When I returned on 3/3/2025 I was terminated 3 days later.

The timing and circumstances demonstrates that Walmart terminated me because of my age, regarded by disability, and medical leave.

## E. INJURY

How have you been injured by the actions of the defendant(s)?
I lost my regular income from Walmart, I fell behind on bills and living expenses, I had to use savings, get financial help and resources, and go into debt to survive. I became more depress, stress, anxiety, embarrassment, and emotional suffering. I struggle with worrying about food, housing and transportation. I felt humiliated by being terminated after being a dedicated employee.

# F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES _____ NO   X

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): N/A

Defendant(s): _____

2. Name of court and case or docket number: _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

    N/A

4. Issues raised:

    N/A

5. When did you file the lawsuit? N/A (Date: Month/Year)

6. When was it (will it be) decided? N/A

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES   X   NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Yes I filed a complaint with EEOC and sent Walmart Corporate legal department a complaint and demand letter.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Back pay for all wages I lost from the date of my termination until the date of judgment, including lost hourly pay, overtime, bonuses and benefits. Front pay to compensate for future lost earnings due to the harm caused by Walmart actions. Compensatory damages, punitive, attorney's fees, Litigation Cost and other expenses.

**JURY TRIAL REQUESTED**

YES  X    NO ____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at Madison, Al   on 12/4/2025
(Location)                  (Date)

_____
Signature